UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| JOSEPH CARR, individually, and by and through his next friend, Rona Carr<br><br> Plaintiff,<br><br>v.<br><br>LAKE CUMBERLAND REGIONAL HOSPITAL, LLC, d/b/a LAKE CUMBERLAND REGIONAL HOSPITAL and d/b/a COMMONWEALTH BARIATRIC CENTER; and<br><br>JOHN D. HUSTED, M.D.,<br><br> Defendants | Civil No. _____ |

### NOTICE OF REMOVAL

Defendant Lake Cumberland Regional Hospital, LLC, d/b/a Lake Cumberland Regional Hospital and d/b/a Commonwealth Bariatric Center (hereinafter, "Defendant"), with the consent of remaining Co-Defendant John D. Husted, M.D., under 28 U.S.C. §§ 1441 and 1446, hereby gives notice of the removal of this action from the Circuit Court of Pulaski County, Kentucky, to the United States District Court for the Eastern District of Kentucky, London Division.

In accordance with 28 U.S.C. § 1446(a), true and accurate copies of the Summons, Complaint and Defendant Husted's Answer to Plaintiff's Complaint, which constitutes all pleadings and other documents filed in this action to date, are attached at **Exhibit 1**.

In support of its Notice of Removal, the Defendant states as follows:

I.

## NOTICE OF REMOVAL IS TIMELY FILED

Plaintiff filed this suit in Pulaski Circuit Court, Division I, Commonwealth of Kentucky on July 9, 2015. Plaintiff's suit was filed against Defendant and John Husted, M.D., and is styled as follows: *Joseph Carr, individually, and by and through his next friend, Rona Carr v. Lake Cumberland Regional Hospital, LLC, d/b/a Lake Cumberland Regional Hospital and d/b/a Commonwealth Bariatric Center, and John Husted, M.D.*, Pulaski Circuit Court, Division I, Civil Action No. 15-CI-00680. Defendant first received the Summons and Complaint in this action on July 14, 2015. The Defendant's Notice of Removal is timely under 28 U.S.C. § 1446(b); the 30-day time limit for filing has not expired.

II.

## NATURE OF SUIT

This is a medical negligence action arising out of a bariatric surgery allegedly performed upon Plaintiff Joseph Carr by John Husted, M.D., at Lake Cumberland Regional Hospital. In the Complaint filed on July 9, 2015, Plaintiff asserts medical negligence, gross negligence, negligent misrepresentation, negligent training and supervision, willful and malicious injury, battery, and Kentucky Consumer Protection Act claims against all Defendants. Plaintiff asserts negligent credentialing/privileging claims and violations of statutory and regulatory duties against Defendant Lake Cumberland Regional Hospital, LLC. Further, Plaintiff asserts punitive damages claims against all Defendants. Plaintiff seeks the following damages: medical expenses, lost wages, pain and suffering, impairment of the power to labor and earn money and perform household services, loss of enjoyment of life and punitive damages. Plaintiff also makes a demand for a trial by jury on all issues.

III.

BASIS FOR REMOVAL

The Plaintiff's state-court action is removable to this Court under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the parties, and the alleged amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Consequently, this case may be removed to this Court under 28 U.S.C. § 1441(a). Subject matter jurisdiction is satisfied.

A.  **Diversity of Citizenship Exists Between the Plaintiff and the Defendants**

At the time of the filing of this Notice of Removal, Plaintiff is a citizen of Ohio. Defendant Lake Cumberland Regional Hospital, LLC, is a Delaware limited liability company. For purposes of diversity jurisdiction, limited liability companies have the citizenship of each of its partners or members. *E.g., Homfeld II, LLC v. Comair Holdings, Inc.*, 53 Fed. Appx. 731, 732 (6th Cir. 2002). All the managers/members of Lake Cumberland Regional Hospital, LLC, are permanent citizens of Tennessee and Delaware, which means this Defendant is a citizen of Tennessee and Delaware. Defendant John Husted, M.D., is a citizen of the state of California. Thus, this suit involves a controversy between citizens of different states, and the diversity of citizenship requirement is satisfied.

B.  **Amount in Controversy**

This action involves a claim in which Plaintiff's alleged damages exceed $75,000.00. Plaintiff claims compensatory and punitive damages in connection with personal injuries that were allegedly sustained as a result of a bariatric procedure performed by John Husted, M.D,. at Lake Cumberland Regional Hospital on April 24, 2009. Plaintiff allegedly suffered complications from the surgery and underwent a revision surgery by Dr. Matthew D. Kroh on or

about March 19, 2015. Plaintiff claims damages for past and future medical expenses, pain and suffering, lost wages and impairment of the ability to labor and earn money. Plaintiff also seeks punitive damages.

### IV.

### THE NOTICE OF REMOVAL IS PROCEDURALLY CORRECT

The Defendants has attached to this notice the complete state-court record of proceedings thus far, satisfying the requirements of 28 U.S.C. § 1446(a). In addition, venue is proper in this Court, under 28 U.S.C. § 1441(a), because this district and division embrace the county in which the removed action has been pending—Pulaski County, Kentucky. The Defendant is simultaneously filing a copy of this Notice of Removal with the clerk of the state court in which the action has been pending, Pulaski County Circuit Court. Further, written notice of the filing of this Notice of Removal will be provided by e-service and by U.S. mail to all adverse parties, as required by law.

### V.

### CONSENT TO REMOVAL

Defendant John Husted, M.D. has consented in writing to this removal, as required by 28 U.S.C. 1446(a).

### VI.

### PRAYER FOR RELIEF

The requisite diversity of citizenship between Plaintiff and Defendants, as required by 28 U.S.C. § 1332, has been satisfied. Therefore, this matter is removable to federal court pursuant to 28 U.S.C. §§ 1332 and 28 U.S.C. 1441(a).

WHEREFORE, based upon this Court's original jurisdiction over diverse citizens, Defendant Lake Cumberland Regional Hospital, LLC, respectfully requests that this cause proceed in this Court, as an action properly removed from the Pulaski Circuit Court, Commonwealth of Kentucky.

Respectfully submitted,

THOMPSON MILLER & SIMPSON PLC

/s/ B. Todd Thompson
B. TODD THOMPSON
MILLICENT A. TANNER
CHAD O. PROPST
HEATHER R. CASH
734 West Main Street, Suite 400
Louisville, Kentucky 40202
tthompson@tmslawplc.com
mtanner@tmslawplc.com
cpropst@tmslawplc.com
hcash@tmslawplc.com
Phone: 502-585-9900
Fax: 502-585-9993

*Counsel for Defendant Lake Cumberland Regional Hospital, LLC, d/b/a Lake Cumberland Regional Hospital and d/b/a Commonwealth Bariatric Center*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed this 31st day of July 2015 electronically through the operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A true and correct copy of the foregoing was also mailed to the following:

Ann B. Oldfather
Megan J. Hastings
OLDFATHER LAW FIRM
1330 South Third Street
Louisville, Kentucky 40208
aoldfather@oldfather.com
mhastings@oldfather.com
*Counsel for Plaintiff*


John Husted, M.D.
c/o Kevin Rehwald
Rehwald, Glasner and Chaleff
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, CA 91367

John Husted, M.D.
c/o Mission Surgical Clinic
3660 Park Sierra, Suite 105
Riverside, CA 92505

George Flynn
Clerk
Pulaski Circuit Court
Pulaski County Courthouse
100 Main Street
Somerset, Kentucky 42501

/s/ B. Todd Thompson
*Counsel for Defendant Lake Cumberland Regional Hospital, LLC, d/b/a Lake Cumberland Regional Hospital and d/b/a Commonwealth Bariatric Center*